# APPENDIX A

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

ARELI CARBAJAL ESCOBAR
C/O BRAD LEVENSON
OFFICE OF CAPITAL WRIT
1700 N. CONGRESS, STE. 460
AUSTIN, TX 78711

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

PRESIDING JUDGE 167TH DISTRICT COURT
P O BOX 1748
AUSTIN, TX 78767-1748
* DELIVERED VIA E-MAIL *

OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS FILE COPY
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

DISTRICT CLERK TRAVIS COUNTY
VELVA L. PRICE
P.O. BOX 679003
AUSTIN, TX 78767
* DELIVERED VIA E-MAIL *

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

BENJAMIN WOLFF
OFFICE OF CAPITAL AND FORENSIC WRITS
1700 NORTH CONGRESS AVE SUITE 460
AUSTIN, TX 78701
\* DELIVERED VIA E-MAIL \*

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

        EDWARD L. MARSHALL
        ASSISTANT ATTORNEY GENERAL
        PO BOX 12548
        AUSTIN, TX 78711
        * DELIVERED VIA E-MAIL *

**4/4/2022**
**ESCOBAR, ARELI CARBAJAL Tr. Ct. No. D-1-DC-09-301250-B WR-81,574-02**
This is to advise that the State's suggestion for reconsideration has been denied without written order.

Deana Williamson, Clerk

DISTRICT ATTORNEY TRAVIS COUNTY
PO BOX 1748
AUSTIN, TX 78767
* DELIVERED VIA E-MAIL *